IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMES CICERO HUCKABY, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 04-JEO-2503-NE |
| | ) | |
| SHARON HILL MARTIN, THE STATE | ) | |
| OF ALABAMA DEPARTMENT OF | ) | |
| MENTAL HEALTH NORTH ALABAMA | ) | |
| REGIONAL HOSPITAL, and THE U. S. | ) | |
| PROBATION OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTERED**

OCT 20 2004

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 6, 2004, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b).  The plaintiff filed objections to the report and recommendation on October 14, 2004.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

DATED this _20th_ day of ___October___, 2004.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE